Cite as 2020 Ark. App. 201

# ARKANSAS COURT OF APPEALS
DIVISION IV
No. CV-19-328

|  |  |
|---|---|
| | **Opinion Delivered:** March 18, 2020 |
| AMEEN OLWAN ET AL. | |
| APPELLANT | APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, |
| V. | SECOND DIVISION [NO. 60CV-17-6533] |
| ARKANSAS TOBACCO CONTROL BOARD | |
| | HONORABLE CHRISTOPHER |
| APPELLEE | CHARLES PIAZZA, JUDGE |
| | DISMISSED WITHOUT PREJUDICE |

**WAYMOND M. BROWN, Judge**

The Arkansas Tobacco Control Board (Board) revoked appellant Ameen Olwan's permits to sell tobacco products after finding that he "was in possession of . . . tobacco products with unpaid [excise] taxes, and he purchased tobacco, vapor, or alternative nicotine products from unlicensed dealers." Following Olwan's petition for judicial review of the administrative adjudication as permitted under Arkansas Code Annotated section 25-15-212 (Supp. 2019), the Pulaski County Circuit Court remanded the case to the Board for new hearings. Olwan appeals the circuit court's order of remand; however, because he appeals from a nonfinal order, we must dismiss the appeal.

On December 18, 2018, the circuit court entered an order that states the following:

This case is remanded to the Arkansas Tobacco Control Board for two new hearings; the first is to decide whether revocation of Petitioner's tobacco permits was proper and the second to rehear Arkansas Tobacco Control Case Number 2016-0227.

A circuit court's order of remand to an administrative agency for further proceedings is not a final, appealable order.[1]  Because the order is not final, we lack jurisdiction to hear the present appeal.

Dismissed without prejudice.

KLAPPENBACH and VAUGHT, JJ., agree.

*Hancock Law Firm*, by: *Charles D. Hancock*, for appellant.

*Lyndsey D. Burnette*, Arkansas Tobacco Control, for appellee.

---

[1]*Ark. Ins. Dep't v. Henley*, 2016 Ark. App. 60, 481 S.W.3d 467.